IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| N. L., a minor By and Through his Guardian Ad Litem QUATISHA LUCKETT,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF CALIFORNIA, a government entity; STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION aka CALTRANS, a government entity; THE CITY OF OAKLAND, a government entity; NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK, a corporation; DOE TRAIN OPERATOR, an individual; UNION PACIFIC RAILROAD COMPANY, a corporation; CHRISTINA ARAB, an individual; REBECCA ARAB, an individual; and DOES 2 through 100, Inclusive;<br><br>Defendants. | CASE NO. 4:17-cv-06242-HSG<br><br>**ORDER ON STIPULATION FOR ORDER TO ALAMEDA COUNTY CORONER'S BUREAU FOR RELEASE OF REPORT AND PHOTOGRAPHS** |

**THE COURT**, having considered the Stipulation of the parties, ORDERS the Alameda County Coroner's Bureau to release/produce any and all reports, photographs and video records created, taken and/or secured in connection with its investigation of the death of Samuel Joseph Arab, IV on June 26, 2016, Report No. 2016-01893, which incident is the subject of the above captioned action.

///

Said disclosure shall be subject to the following terms and requirements:

1. Confidential material including photographs of a deceased person shall be used solely in connection with this litigation and the preparation and trial of this case, or any related appellate proceeding, and not for any other purpose including any internet or media disclosure.

2. Confidential material may be disclosed only to the following persons:

(a) Counsel for any party to this action;

(b) Paralegal and secretarial personnel employed by counsel for any party;

(c) Court reporters and court reporting staff engaged to transcribe depositions regarding this action;

(d) Experts or consultants retained in connection with this action who agree to abide by this protective order.

This order is intended to be the equivalent of an order a California state court would issue under California Code of Civil Procedure § 129.

**IT IS SO ORDERED**.

DATED: 4/10/2018

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge