MICHAEL H. SILVERS – SBN. 64609
ROY E. HUNTSMAN – SBN 185486
**LAW OFFICES OF MICHAEL H. SILVERS, APC**
11500 West Olympic Boulevard, Suite 322
Los Angeles, CA 90064
Telephone: (310) 551-0551
Facsimile:  (310) 445-9623

JACOB D. FLESHER – SBN 210565
JASON W. SCHAFF – SBN 244285
JEREMY J. SCHROEDER – SBN 223118
**FLESHER SCHAFF & SCHROEDER, INC.**
2202 Plaza Drive
Rocklin, CA 95765
Telephone: (916) 672-6558
Facsimile:  (916) 672-6602

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

* * *

| | |
|---|---|
| N. L, a minor By and Through his Guardian Ad Litem QUATISHA LUCKETT,<br><br>Plaintiffs,<br><br>vs.<br><br>THE STATE OF CALIFORNIA, a government entity; STATE OF CALIFORNIA DEPARTMENT OF TRANSPORTATION aka CALTRANS, a government entity; THE CITY OF OAKLAND, a government entity; NATIONAL RAILROAD PASSENGER CORPORATION aka AMTRAK, a corporation; DOE TRAIN OPERATOR, an individual; UNION PACIFIC RAILROAD COMPANY, a corporation; CHRISTINA ARAB, an individual; REBECCA ARAB, an individual; and DOES 2 through 100, Inclusive;<br><br>Defendants. | **CASE NO. 4:17-cv-06242-HSG**<br>*Alameda County Superior Court Case No.: RG17864542*<br>*Complaint filed: 6/19/17*<br>*Trial Date: 3/18/19*<br><br><br>**STIPULATION AND ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, N. L. and Defendants, NATIONAL RAILROAD PASSENGER CORPORATION, UNION PACIFIC RAILROAD COMPANY, through their respective counsel, that the Court dismiss the above-titled matter, with prejudice, pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii). Each party agrees to bear their own fees and costs.

| | |
|---|---|
| DATED: August 31, 2018 | **LAW OFFICES OF MICHAEL H. SILVERS, APC** |
| | By /s/ Roy E. Huntsman |
| | MICHAEL H. SILVERS |
| | ROY E. HUNTSMAN |
| | Attorneys for plaintiff, |
| | N. L. a minor, by and through his Guardian ad Litem, QUATISHA LUCKETT |
| DATED: August 31, 2018 | **FLESHER SCHAFF & SCHROEDER, INC.** |
| | By /s/ Jason W. Schaff |
| | JACOB D. FLESHER |
| | JASON W. SCHAFF |
| | JEREMY J. SCHROEDER |
| | Attorneys for defendants, |
| | NATIONAL RAILROAD PASSENGER CORPORATION dba AMTRAK, and |
| | UNION PACIFIC RAILROAD COMPANY |

**IT IS SO ORDERED**.

Dated: August 31, 2018

_Haywood S. Gilliam Jr._
Judge Haywood S. Gilliam, Jr.